**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MANUEL PINEDA, | No. 08-73592 |
| Petitioner, | Agency No. A073-989-753 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted November 16, 2010[**]

Before:     TASHIMA, BERZON, and CLIFTON, Circuit Judges.

Manuel Pineda, a native and citizen of Guatemala, petitions for review of the

Board of Immigration Appeals' order affirming an immigration judge's decision

denying his application for asylum, withholding of removal, and relief under the

Convention Against Torture ("CAT"). We have jurisdiction under 8 U.S.C. 1252.

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

We review for substantial evidence, *Zehatye v. Gonzales*, 453 F.3d 1182, 1184-85 (9th Cir. 2006), and we deny the petition for review.

Substantial evidence supports the agency's determination that Pineda failed to establish a nexus between the persecution he fears in Guatemala and a statutorily protected ground. *See INS v. Elias-Zacarias*, 502 U.S. 478, 482 (1992); *Gormley v. Ashcroft*, 364 F.3d 1172, 1177 (9th Cir. 2004) (random criminal acts bore no nexus to a protected ground). Accordingly, Pineda's asylum and withholding of removal claims fail.

Substantial evidence also supports the agency's determination that Pineda is not eligible for CAT relief because he failed to show it is more likely than not he would be tortured if removed to Guatemala. *See Wakkary v. Holder*, 558 F.3d 1049, 1067-68 (9th Cir. 2009).

**PETITION FOR REVIEW DENIED.**

08-73592